FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL C. RADVANYI,<br><br>                Petitioner,<br><br>v.<br><br>BRENDA DOE, BRITTNEY DOE, ANGELA DOE, ANGELS and GOODWILL PAYER SERVICES,<br><br>                Respondents. | No.   2:19-cv-00384-SMJ<br><br>**ORDER DISMISSING ACTION** |

By Order filed January 27, 2020, the Court directed Petitioner Michael C. Radvanyi to either pay the $5.00 filing fee to proceed with this action, or to submit a completed application to proceed *in forma pauperis* within thirty (30) days. ECF No. 13 at 3-4. In addition, the Court directed Petitioner to show cause why this action should not be dismissed as premature and for failure to exhaust state court remedies. *Id.* at 4. The Court cautioned that failure to comply with the Order would result in the dismissal of this action. *Id.*

Petitioner has neither cured the filing fee deficiency in this case nor shown cause why this action should not be dismissed.

Accordingly, **IT IS ORDERED** this action is dismissed without prejudice

ORDER DISMISSING ACTION – 1

for failure to comply with Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Petitioner, and close the file. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.

**DATED** this 4th day of May 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION – 2